**Form 210A (10/06)**                     **United States Bankruptcy Court**

Eastern District of NY (Brooklyn)

In Re: BEVERLY VALENTINE                            Case No: 07-46859

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| Midland Funding LLC | GE Money Bank |
| --------------------------- | --------------------------- |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 1 |
| Midland Funding LLC | Amount of Claim: $823.62 |
| By its authorized agent Recoser, LLC | Date Claim Filed: 1/28/2008 |
| 25 SE 2nd Ave, Suite 1120 | |
| Miami FL 33131-1605 | |
| | |
| Phone: (305) 379-7674 | Phone: (305) 379-7674 |
| Last Four Digits of Acct # :4160 | Last Four Digits of Acct # :4160 |

Name and Address where transferee payments
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh                                 Date: April 24, 2013
-----------------------------------
Ramesh Singh
25 SE 2nd Ave, Suite 1120
Miami FL 33131-1605
claims-recoser@recoverycorp.com
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services, Inc, a Delaware corporation (collectively "Transferor") sold and assigned certain claims to Capital Recovery, LLC ("Transferee") as of August 25, 2008. Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 25 SE 2nd Avenue, Suite 1120 Miami, Florida 33131-1605. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under any of the following names: Monogram Credit Card Bank of Georgia ("MCCBG"); GE Money Bank ("GEMB"); GE Consumer Finance ("GECF"); GE Capital Corporation; General Electric Capital Corporation; GE Consumer Card Corporation ("GECCC"); GE Money Bank c/o Recovery Management Systems Corporation; Recovery Management Systems Corporation for GE Money Bank.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to any Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

**IN WITNESS WHEREOF**, Transferor has executed this Waiver by its duly authorized officer as of this 26 day of August, 2008.

TRANSFEROR
GENERAL ELECTRIC CAPITAL CORPORATION

By: Michelle Johnson
Name: Michelle Johnson
Title: Sr. Collections Mgr



**Office of Thrift Supervision**
Department of the Treasury                                                              *Northeast Region*

Harborside Financial Center, Plaza 5, Suite 1600, Jersey City, New Jersey 07311
Telephone: (201) 413-7360 ☏ Fax: (201) 413-7544

June 8, 2011

Mr. Kurt Grossheim
President and Chief Executive Officer
GE Money Bank
170 West Election Road, Suite 125
Draper, Utah 84020

    Re: <u>OTS Docket No.: 15044</u>

Dear Mr. Grossheim:

This concerns the May 26, 2011 letter regarding the institution's intention to change its corporate title from GE Money Bank to GE Capital Retail Bank.

Pursuant to 12 C.F.R. § 543.1(b), you may proceed to change the institution's name in accordance with your charter. Please notify us in accordance with 12 C.F.R. § 552.4(b).

If you have any questions concerning this matter, please contact Meisha M. Bootman, Applications Analyst, at (201) 413-7334.

Very truly yours,

*Thomas B. Smith*

Thomas B. Smith
Manager
Corporate Activities Department

cc: Michael P. Moriarty, OTS/NE

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

CAPITAL RECOVERY, LLC ("Seller") has sold certain accounts to Capital Recovery II, LLC ("Purchaser"). Said accounts arise from consumer credit accounts issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

NOW, THEREFORE, for good and valuable consideration, Seller stipulates that Purchaser may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claims filed by Purchaser pursuant to said rule.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 26th day of August, 2008.

CAPITAL RECOVERY, LLC

By: _____
Ramesh Singh
Chief Financial Officer

Capital Recovery II, LLC

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

Capital Recovery II, LLC ("**Seller**"), for value received, without recourse, assigns, sells and delivers to Midland Funding LLC ("**Buyer**") all right, title and interest in and to (i) certain accounts (the "**Accounts**") which are described in those certain electronic files named RMSC Inventory 12-6-2012 Encore File 1.txt, RMSC Inventory 12-6-2012 Encore File 2.txt, RMSC Inventory 12-6-2012 Encore File 3.txt, RMSC Inventory 12-6-2012 Encore File 4.txt, RMSC Inventory 12-6-2012 Encore File 5 (part 1).txt, RMSC Inventory 12-6-2012 Encore File 5 (part 2).txt, each dated December 6, 2012, pursuant to the terms of that certain Purchase and Sale Agreement dated as of December 13, 2012, by and among various parties, including Seller and Buyer, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with any interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

Dated: December 13, 2012

Capital Recovery II, LLC

By: Capital Recovery II MM, LLC, Managing Member

By: _____

Name: RAMESH SINGH

Title: MANAGER